**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

CASE NO.: **11-20348-RAM**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __1st__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Angela Cox                          CO-DEBTOR: _____
Last Four Digits of SS# xxx-xx-0587         Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

  A.  $ 60.72     for months   1   to   7  ;
  B.  $ 1,033.38  for months   8   to   8  ;
  C.  $ 452.61    for months   9   to   60  in order to pay the following creditors:

Administrative:   Attorney's Fee  $ 3,750.00   TOTAL PAID $ 2,380.00
                  Balance Due     $ 1,370.00   payable $55.56 month (Months   1   to   7 )
                                               payable $900.00 month (Months   8   to   8 )
                                               payable $81.08 month (Months    9   to   9 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                  Arrearage on Petition Date $ _____
Address _____                      Arrears Payment $ _____ /month (Months ___ to ___)
        _____                      Arrears Payment $ _____ /month (Months ___ to ___)
        _____                      Regular Payment $ _____ /month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| n/a | | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____              Total Due $ _____
                               Payable $ _____ /month (Months ___ to ___)

Unsecured Creditors: Pay $ 30.04 month (Months   8   to   8  ). Pay $326.27/mo (Mos 9 to 9) Pay $407.35 (Mos 10 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : This modified plan begins in month 8 which is December of 2011.The debtor is paying Tropical Federal Credit Union, Chrysler Financial and Embassy Loans, Inc directly outside the plan. The debtor will provide copies of her income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtor will amend schedules I & J and modify the plan if necessary. If the debtor receives winnings during the pendency of the plan. That money will be turned over to the chapter 13 trustee for the benefit of the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under the penalty of perjury.

/s/ Robert Sanchez
Robert Sanchez, Esq.
Attorney for Debtor
Date: 12/14/11